same asbestos exposure under the "two-disease" rule?

This case is consolidated for oral argument with No. 410 EAL 2009.

■

**Herbert L. DALEY and Evelyn Daley, H/W, Respondents**

v.

**A.W. CHESTERTON, INC., U.S. Supply Co., and Duro–Dyne Corp.**

**Petition of A.W. Chesterton, Inc.**

Supreme Court of Pennsylvania.

May 11, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of May 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Did the Superior Court err by permitting suits for more than one malignant disease resulting from the same asbestos exposure under the "two-disease" rule?

This case is consolidated for oral argument with No. 415 EAL 2009.

■

**D.R.C., Sr.**

v.

**J.A.Z.**

v.

**Pennsylvania Department of Corrections, Intervenor.**

**Petition of Pennsylvania Department Of Corrections, Intervenor.**

Supreme Court of Pennsylvania.

May 11, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of May 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Does an interpretation of the Domestic Relations Code that requires the Department of Corrections to provide counseling to currently incarcerated felons, including those under a life sentence, so that they may obtain, "custody, partial custody or visitation," of a minor child produce an absurd result?

(2) Can a custody court order the Department of Corrections to provide and pay for parental-custody-related

counseling for a state inmate when the Department is not a party to the custody proceedings and where no statute directs that it is to assume this cost?

■

**Joanne BRANHAM, Individually and as the Administratrix of the Estate of Franklin Delano Branham, Deceased, Respondent**

v.

**ROHM AND HAAS COMPANY, Rohm and Haas Chemicals LLC, and Morton International, Inc., Petitioners.**

**No. 60 EM 2010.**

Supreme Court of Pennsylvania.

May 14, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2010, the "Petition for Allowance of Appeal and Application for Relief," treated as a Petition for Relief per Pa.R.A.P. 123, is **DENIED,** and the Application to Expedite is **DISMISSED AS MOOT.**

**Micha EL–Q: Freeman–Bey Sui Juris, Petitioner**

v.

**Judge: John J. POSERINA et al., Judge: Glenn Robinson et al., Warden: Clyde Gainey, et al., Officer: O.Donneil [Sic] BG# 6990, Officer: Witterby BG# 738, Respondents.**

**No. 4 EM 2010.**

Supreme Court of Pennsylvania.

May 17, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of May, 2010, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Writ of Habeas Corpus" is **DENIED.** The Prothonotary is directed to strike the jurists' names from the caption.

■

**In the Interest of L.J.**

**Petition of L.J.**

Supreme Court of Pennsylvania.

May 18, 2010.